# BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.
## ATTORNEYS AT LAW

MARK W. BOND**
BRADFORD W. BOTES*<=
RONALD C. SYKSTUS*+<^
AMY K. TANNER
JAMES W. EZZELL, JR.
KATHRYN V. DAVIS
*ALSO ADMITTED IN ILLINOIS
+ALSO ADMITTED IN WASHINGTON, D.C.
<ALSO ADMITTED IN TENNESSEE
=ALSO ADMITTED IN MISSISSIPPI
**RETIRED 2006
^ BOARD CERTIFIED - CONSUMER BANKRUPTCY LAW
  AMERICAN BOARD OF CERTIFICATION

REPLY TO:
HUNTSVILLE OFFICE
225 PRATT AVENUE
HUNTSVILLE, AL 35801
PHONE 256/539-9899
FAX 256/539-9895
EMAIL:
HUNTSVILLE@BONDNBOTES.COM

DECATUR OFFICE
605 BANK STREET

February 10, 2021

Account Resolution Associates,
a/k/a PerSolve, LLC
**Via Facsimile Only**
818-534-3140

Client: Robert M. Ford & Christina Marie Jean Ford (f/k/a Daversa)
Address: AL
SSN:

To Whom It May Concern:

**Please be advised that this office represents the above-referenced individual(s) to assist in the matter of debt relief.**

Please direct all future communications to this office. Please do not contact the above-referenced individual(s) directly. Upon receipt of this letter, any further direct or indirect contacts with the above-referenced individual(s) must be terminated.

The purpose of this letter is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes and contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect.

In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you.

If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

Sincerely,

/s/ Ronald C. Sykstus
Ronald C. Sykstus
Attorney at Law

RCS/sr


EXHIBIT B

| | |
|---|---|
| From: | MetroFax <NoReply@metrofax.com> |
| Sent: | Wednesday, February 10, 2021 12:17 PM |
| To: | |
| Subject: | Successful transmission to 18185343140. Re: Ford - Account Resolution Associates, aka Persolve |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.



Your fax was successfully sent to 18185343140 by MetroFax.

**Fax Details**

**Date:** 2021-02-10 17:16:29 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 85 seconds
**Receiving Machine Fax ID:** VFD212M6N22

**Service notice:** If you have difficulty sending faxes via email, please use the Metrofax web portal or the iOS or Android apps. We apologize for this inconvenience and appreciate your patience.

If you have any questions, please visit our online help center.

Thank you for choosing MetroFax.

Sincerely,
The MetroFax Team

Home | Features | Mobile App | Support

© 2021 J2 Global, Inc. or its affiliates (collectively, "J2"). All rights reserved.
MetroFax is a registered trademark of J2.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the MetroFax Customer Agreement.