FILED
2021 May-25 AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

TransUnion

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 4/14/21 09:20 CT

**INPUT PARAMETERS FOR SECONDARY SUBJECT**
Reference ID:
SSN: [redacted]
Name: [redacted]
Current Address: [redacted]

---

**DAVERSA , CHRISTINA MARIE JEAN**

Also Known As: DAVERSA,CHRISTINA,MARIE

SSN: [redacted]
Date of Birth: [redacted]

Phone:

In File Since: 10/07

---

Current Address:
[redacted]
Reported 9/09

Previous Address:
[redacted]
Reported 10/07

## ALERTS AND SPECIAL MESSAGES

| Type | Explanation |
|---|---|
| ID MISMATCH ALERT | INPUT SUBJECT SSN DOES NOT MATCH FILE SSN |
| | INPUT SURNAME DOES NOT MATCH FILE SURNAME |

## COLLECTIONS

[redacted]

EXHIBIT
Group
C
tabbies



**COLLECTIONS**

ACCT RESOLTN (Y 2CQF001)

Account #

Account Rating 09B

**Original Creditor:** BRIDGECREST ACCEPTANCE CORPORA(financial)
**Account Type:** OPEN
**Responsibility:** I

**Remarks:** PLACED FOR COLLECTION

**Amount Placed:** $13,146
**Balance:** $20,183
**Past Due:** $20,183
**Last Payment:**

**Opened:** 10/19
**Paid:**
**Closed:**
**Verified:** 4/21

**Update Method:** automated

**Delinquency** **Maximum:**
**Amount:**
**Date:**

**Payment Pattern Start Date:**



# Credit Profile Report

Ford,Robert

## Co-Applicant

04/14/2021-09:21:43 AM CT

## Personal Information

Best Name
*CHRISTINA MARIE DAVERSA
*Does not match inquiry

Other Name(s)
CHRISTINA FORD

Best Social Security number

Other Social Security number(s)

Date of Birth

Best Address
Single-family dwelling
Reported 09/16/2009 to 09/25/2016
Last subscriber 1367380 by Update

Other Address(es)
Single-family dwelling
Reported 08/18/2016 to 11/13/2018 by Update
*Does not match inquiry

Single-family dwelling
Reported 10/12/2007 by Update
*Does not match inquiry

Best Employer

Other Employer

## Messages

### Informational Messages

| Type | Message |
|---|---|
| | 0086 SIMILAR SSN ON FILE |

## Profile Summary

Disputed Accounts: 0

Delinquency Counter: (Past 7 years)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Public Records: | | Past Due Amount: | | Total Inquiries: | | Satisfactory Accts: | |
| Installment Bal: | | Monthly Pay: | | Inquiries (last 6 mo): | | Now Delinq/Derog: | |
| Real Estate Bal: | | Real Estate Pay: | | Total Tradelines: | | Was Delinq/Derog: | |
| Revolving Bal: | | Revolving Avail: | | Paid Accounts: | | Oldest Tradeline: | |

*000

## Creditors

### Installment Accounts



*PERSOLVE LEGAL GROUP / 1000804 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 10/07/2019 | $13,146 | 10/2019 | $20,183 | | 04/09/2021 | $20,183 |

Account Condition:

Account #:

Payment Status: Seriously past due

Responsibility: Individual

Account Type: Collection Department/Agency/Attorney

Account Terms: 1 Month

Payment History: (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 9 | 9 | 9 | 9 | | | | | | | | |
| 2020 | | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 14 |

Worst Delinquency:

Worst Delinq Date:

Months Reviewed: 14

Original creditor: BRIDGECREST ACCEPTANCE CORPORA