# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **Christina Ford,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| **Persolve, LLC, a/k/a Account** | ) | |
| **Resolution Associates, a Delaware** | ) | |
| **limited liability company,** | ) | |
| | ) | |
| **Defendant.** | ) | **PLAINTIFF DEMANDS** |
| | ) | **TRIAL BY JURY** |
| | ) | |

## REQUEST FOR SERVICE BY
## CERTIFIED MAIL

Please serve Defendant, Persolve, LLC, a/k/a Account Resolution Associates, a Delaware limited liability company, by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

/s/Ronald C. Sykstus
Ronald C. Sykstus
Attorney for Plaintiff

**OF COUNSEL:**

Bond, Botes, Sykstus, Tanner
    & Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801
(256) 539-9899
(256) 713-0237 (FAX)
Rsykstus@bondnbotes.com